C. E. Crum, Appellant, v. J. H. Hughes, Tax Collector of Sumter County, Florida, Appellee.

Appeal dismissed by order of Court.

*W. T. Hall,* for Appellant.
*McCollum & Howell,* for Appellee.

Bennie Harrison, Appellant, v. J. H. Hughes, Tax Collector of Sumter County, Appellee.

Appeal dismissed by order of Court.

*W. T. Hall,* for Appellant.
*McCollum & Howell,* for Appellee.

